UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

*In re:* Dwayne Kenneth Dinkins
&
Danielle Dinkins,
Debtor(s).
_____/

Chapter: 13
Case Number: 16-50686
Judge: Shefferly

**CERTIFICATION OF NON-RESPONSE PURSUANT TO L.B.R. 9014-1 (E.D.M.)**

JOHN M. HILLA, being first duly sworn deposes and says that he is the attorney of record for the within Debtor(s) and that a copy of the NOTICE OF APPLICATION FOR AWARD AND APPROVAL OF PAYMENT OF PRE-CONFIRMATION ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN has been served, that more than TWENTY ONE (21) days have elapsed since that service and that he has received neither oral nor written objections to the entry of said Order from any interested party.

Furthermore, deponent sayeth not.

Respectfully submitted,

THE HILLA LAW FIRM, PLLC

By: /s/ John M. Hilla
JOHN M. HILLA (P69128)
Attorney for Debtors
17376 W. 12 Mile Rd, Suite 204
Southfield, MI 48076
Dated: November 15, 2016     (866) 674-2317
john@hillalaw.com